UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 17-cr-20814
                                    Hon. Matthew F. Leitman

KENDRICK LEON WARD,

    Defendant.
_____/

## ORDER GRANTING MOTION TO TERMINATE SUPERVISED RELEASE (ECF No. 3)

Defendant Kendrick Leon Ward is currently serving a term of supervised release. He has filed a motion to terminate the supervised release (ECF No. 3). In the motion, he explains that he is working full-time, that he has done well on supervision, and that supervision is holding him back from certain employment opportunities. Upon receiving the motion, the Court confirmed with Ward's supervising probation officer that he is doing well on supervised release and that he has completed more than fifty percent of his term of supervision. Under these circumstances, the Court concludes that the motion to terminate supervised should be, and hereby is, **TERMINATED**.

    IT IS SO ORDERED.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated: September 13, 2022          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 13, 2022, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126